ARIADNE DE KIRALYI, Landlord, Respondent, *v.* CASANDRA K. LA RUEA, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, January 2, 1946.

*Casandra K. La Ruea,* appellant in person.

*George Brody* for respondent.

MEMORANDUM *Per Curiam.* It was improper to summarily dismiss tenant's counterclaim. The final order should be reversed and new trial ordered, with $30 costs to appellant to abide the event.

HAMMER, MCLAUGHLIN and EDER, JJ., concur.

Order reversed, etc.